No. 94–1404. ATTAR ET AL. *v.* UNITED STATES, 514 U. S. 1107. Motion of petitioner Amir James Attar for leave to proceed fur-

ther herein *in forma pauperis* granted. Petition for rehearing denied.